UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 4

| | |
|---|---|
| GRANITI VICENTIA LLC, : <br> : <br>        Plaintiff, : <br> : <br>        v. : <br> : <br> UNITED STATES; : <br> OFFICE OF THE UNITED STATES TRADE : <br> REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. : <br> TRADE REPRESENTATIVE; U.S. CUSTOMS & : <br> BORDER PROTECTION; MARK A. MORGAN, U.S. : <br> CUSTOMS & BORDER PROTECTION ACTING : <br> COMMISSIONER, : <br> : <br>        Defendants. : <br> : | **Summons** <br> Court No.  20-02376 |

To:     The Above-Named Defendants:

      You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                                                    */s/Mario Toscano* <br>
                                                             Clerk of the Court

                                                             Kavita Mohan <br>
                                                             GRUNFELD, DESIDERIO, LEBOWITZ <br>
                                                            SILVERMAN & KLESTADT LLP <br>
                                                            1201 New York Avenue, NW - Ste 650 <br>
                                                            Washington, DC 20005 <br>
                                                            202-783-6881

/s/ Kavita Mohan

Dated:  September 19, 2020

10759392_1